

**STEIN | SAKS, PLLC**

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022

September 2, 2022

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

Re: **Velazquez v. Bravada International, Ltd.**
Case #: 1:22-cv-05721-AT

Dear Judge Torres:

We represent the plaintiff in the above matter. We write to respectfully request that the September 6, 2022, due date to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order be adjourned because Defendant Bravada International, Ltd. has not made an appearance or reached out to Plaintiff. Therefore, the parties have not had an opportunity to jointly prepare these documents.

Defendant was served on August 15, 2022, and his answer is due September 6.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:   All Counsel of Record via ECF

GRANTED. By **October 6, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: September 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge